No. 87–1165. CALIFORNIA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, 485 U. S. 1020.] Motion of the Solicitor General for divided argument granted.

No. 87–1241. PENNSYLVANIA *v.* UNION GAS CO. C. A. 3d Cir. [Certiorari granted, 485 U. S. 958.] Motion of Pacific Legal Foundation for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 87–1372. ARGENTINE REPUBLIC *v.* AMERADA HESS SHIPPING CORP. ET AL. C. A. 2d Cir. [Certiorari granted, 485 U. S. 1005.] Motion of respondents and *amicus curiae,* Republic of Liberia, for divided argument to permit Republic of Liberia to participate in oral argument as *amicus curiae* denied. Motions for leave to file briefs as *amici curiae* filed by the following are granted: Republic of Liberia, American Institute of Marine Underwriters, American Institute of Merchant Shipping et al., Maritime Law Association, International Human Rights Law Group, and International Association of Independent Tanker Owners.

No. 87–1437. BLANTON ET AL. *v.* CITY OF NORTH LAS VEGAS, NEVADA. Sup. Ct. Nev. [Certiorari granted, 487 U. S. 1203.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 87–1602. CASTILLE, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET AL. *v.* PEOPLES. C. A. 3d Cir. [Certiorari granted, 486 U. S. 1004.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Robert E. Welsh, Jr., Esq., of Philadelphia, Pa., be appointed to serve as counsel for respondent in this case.

No. 87–1614. MARTIN ET AL. *v.* WILKS ET AL.;

No. 87–1639. PERSONNEL BOARD OF JEFFERSON COUNTY, ALABAMA, ET AL. *v.* WILKS ET AL.; and

No. 87–1668. ARRINGTON ET AL. *v.* WILKS ET AL. C. A. 11th Cir. [Certiorari granted, 487 U. S. 1204.] Motion of the Solicitor General for divided argument granted. Motion of petitioners for divided argument granted.